### SUFI NETWORK SERVICES, INC., Plaintiff-Appellant

v.

### UNITED STATES, Defendant-Appellee

### 2016-1761

United States Court of Appeals, Federal Circuit.

February 10, 2017

BRIAN TULLY MCLAUGHLIN, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by

FREDERICK W. CLAYBROOK, JR., Claybrook LLC, Washington, DC.

DOUGLAS T. HOFFMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSHMAN, JR., STEVEN J. GILLINGHAM.

(Reyna, Wallach, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**